No. 43789.—Protests 848520–G, etc., of Wayne H. Fisher et al. (Los Angeles, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 43790.—Protests 838525–G, etc., of F. H. Shallus Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.